IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Racing Speed Associates, L.L.C. d/b/a ASA Racing, | |
| Plaintiff, | Civil Action No. 07-C-6785 |
| v. | Judge Kennelly<br>Magistrate Judge Schenkier |
| Louis R. Varney, Jr. and ASA Late Model Series, L.L.C., | JURY TRIAL DEMANDED |
| Defendants. | |

### Request For Refund of Filing Fee

On December 3, 2007 William L. Niro, Niro, Scavone, Haller & Niro, attorney for Plaintiff, filed the complaint in this action via the court's electronic filing system. During the filing process, payment was accepted and Receipt No. 2371976 was generated confirming the payment of $350.00. Due to electronic difficulty, the complaint to be filed was not submitted to the Court. In the attempt to re-submit the complaint electronically, a second Receipt No. 2372178 was also generated for the same amount of $350.00, thus resulting in a duplicate payment.

For the reason stated above, it is requested that the $350.00 payment made and confirmed with Receipt No. 2371976 be refunded to the filing attorney, William L. Niro.

/s/ William L. Niro
William L. Niro
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
*Attorneys for Plaintiff*