**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6785 |
| Racing Speed Associates, L.L.C. d/b/a ASA Racing, Plaintiff, | Judge Kennelly |
| v. | |
| Louis R. Varney, Jr. and ASA Late Model Series, L.L.C., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Louis R. Varney, Jr. and ASA Late Model Series, L.L.C.

| |
|---|
| NAME (Type or print) <br> Johanna J. Raimond |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Johanna J. Raimond |
| FIRM <br> Law Offices of Johanna J. Raimond Ltd. |
| STREET ADDRESS <br> 321 S. Plymouth Court, Suite 1515 |
| CITY/STATE/ZIP <br> Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230092 | TELEPHONE NUMBER <br> 312/235-6959 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐