IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Racing Speed Associates, L.L.C. <br> d/b/a ASA Racing, <br>       Plaintiff, <br> v. <br> Louis R. Varney, Jr. and <br> ASA Late Model Series, L.L.C., <br>       Defendants. | Case No. 07 C 6785 <br><br> Judge Kennelly |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants move this Court for an extension of time to answer the complaint or otherwise plead. In support of their motion defendants state:

1. On December 3, 2007, plaintiff filed this trademark action. Service of process was perfected on December 4, 2007, thus mandating that defendants file a responsive pleading under Fed. R. Civ. P. 12(a)(1)(A) by December 24, 2007.

2. Defendants recently obtained counsel to represent them in this matter and are in the process of working with counsel to file a responsive pleading. Given this and the upcoming holidays, defendants respectfully request an extension to file a responsive pleading until January 15, 2008.

3. On December 20, 2007, defense counsel contacted plaintiff's counsel by telephone and was advised that plaintiff does not object to this extension.

ACCORDINGLY, defendants respectfully request that this Court grant their motion for an extension of time to answer or otherwise plead.

                                      Respectfully submitted,

                                      LOUIS R. VARNEY JR. and
                                      ASA LATE MODEL SERIES, L.L.C.

                                      /s/ Johanna J. Raimond
                                      One of their attorneys

Wm. Christopher Penwell
Siegel Brill Greupner Duffy & Foster P.A.
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55402
612/337-6104

Johanna J. Raimond
Law Offices of Johanna J. Raimond Ltd.
321 S. Plymouth Court
Suite 1515
Chicago, IL 60604
312/235-6959

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      On December 21, 2007, undersigned Counsel certifies that the attached DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served through the Court's ECF e-filing system on the following:

William L. Niro
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602

                              /s/ Johanna J. Raimond