IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Racing Speed Associates, L.L.C. d/b/a ASA Racing,<br><br>                       Plaintiff,<br><br>   v.<br><br>Louis R. Varney, Jr. and ASA Late Model Series, L.L.C.,<br><br>                       Defendants. | Civil Action No. 07-C-6785<br><br>Judge Kennelly<br>Magistrate Judge Schenkier<br><br>JURY TRIAL DEMANDED |

## Certification

I, William L. Niro, counsel for plaintiff, Racing Speed Associates, L.L.C. d/b/a ASA Racing, hereby certify that I provided a copy of the materials regarding the Voluntary Mediation Program and Local Rules and Procedures governing it and a current list of mediators qualified by the Court to mediate Lanham Act disputes on January 7, 2008 to defendants' counsel, Johanna Raimond, 321 S. Plymouth Court, Suite 1515, Chicago, IL 60604.

                                                    Respectfully submitted,

                                                    /s/ William L. Niro
                                                    William L. Niro
                                                    Laura A. Kenneally
                                                      NIRO, SCAVONE, HALLER & NIRO
                                                      181 W. Madison St., Suite 4600
                                                      Chicago, Illinois 60602-4515
                                                      Telephone: (312) 236-0733
                                                      Facsimile: (312) 236-1097
                                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certification which was filed electronically with the Court through the Electronics Case Filing System on January 7, 2008 will be sent electronically to the following registered counsel of record as identified on the Notice of Electronic Filing ("NEF"):

        Johanna Raimond
        LAW OFFICES OF JOHANNA J. RAIMOND, LTD.
        321 S. Plymouth Court – Suite 1515
        Chicago, IL  60604
        Tel:    (312) 235-6959

        ***Attorney for Defendants***

        /s/ William L. Niro