IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Racing Speed Associates, L.L.C. | ) | |
| d/b/a ASA Racing, | ) | |
| | ) | Case No. 07 C 6785 |
| Plaintiff, | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Louis R. Varney, Jr. and | ) | |
| ASA Late Model Series, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: William L. Niro
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602

    PLEASE TAKE NOTICE that on Thursday, January 17, 2007 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Kennelly at the United States District Courthouse, 219 S. Dearborn Avenue, Chicago, Illinois in the courtroom usually occupied by him, and then and there present DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.

                                     LOUIS R. VARNEY JR. and
                                     ASA LATE MODEL SERIES, L.L.C.

                                     /s/ Johanna J. Raimond
                                     One of their attorneys

| | |
|---|---|
| Wm. Christopher Penwell | Johanna J. Raimond |
| Siegel Brill Greupner Duffy & Foster P.A. | Law Offices of Johanna J. Raimond Ltd. |
| 1300 Washington Square | 321 S. Plymouth Court |
| 100 Washington Avenue South | Suite 1515 |
| Minneapolis, MN 55402 | Chicago, IL 60604 |
| 612/337-6104 | 312/235-6959 |

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

On January 14, 2008, undersigned Counsel certifies that the attached NOTICE OF MOTION was served through the Court's ECF e-filing system on the following:

William L. Niro
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602

/s/ Johanna J. Raimond