**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Racing Speed Associates, L.L.C.
         Plaintiff,

v.              Case No.: 1:07−cv−06785
               Honorable Matthew F. Kennelly

Louis R. Varney Jr., et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

  MINUTE entry before Judge Matthew F. Kennelly :Status hearing, pursuant to Rule 16(b), held on 2/20/2008 with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 3/20/20008. Status hearing continued to 5/15/2008 at 09:00 AM. The parties are directed to complete prior to the status hearing, the preliminary discovery needed to determine whether they can enjoin in meaningful settlement negotiations. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.