IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Racing Speed Associates, L.L.C. d/b/a ASA Racing, | |
| Plaintiff, | Civil Action No: 07 C 6785 |
| v. | Judge Matthew F. Kennelly<br>Magistrate Judge Schenkier |
| Louis R. Varney, Jr. and ASA Late Model Series, L.L.C., | JURY TRIAL DEMANDED |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE FIRST AMENDED COMPLAINT**

Plaintiff, Racing Speed Associates, L.L.C. d/b/a ASA Racing, ("RSA"), moves this Court, pursuant to Rule 15(a), Fed.R.Civ.P. for leave to file its First Amended Complaint, a copy of which is attached as Exhibit A. The facts supporting this motion are as follows:

1. On December 3, 2007, plaintiff filed its one count Complaint for declaratory relief, seeking to invalidate the defendants' U.S. Trademark Registration No. 3,035,680 for the trademark ASA Late Model Series.

2. The First Amended Complaint adds Count II, a claim for unfair competition under §43(a) of the Trademark Act. The Count II claim for injunctive relief and damages arises from the same set of operative facts giving rise to the Complaint and is based on conduct by defendants which have occurred after the filing of the initial Complaint. The addition of Count II should have little or no impact on the scope and the timing of discovery, nor cause any delay in the resolution of this matter. Adding Count II to the litigation will allow for a complete adjudication of the claims in suit.

3. Rule 15(a) provides that "leave shall be freely given when justice so requires." That standard is clearly met in this case. Only preliminary discovery has begun. In this instance, judicial economy and the interests of moving this cause to a complete resolution of all claims will be best served by permitting the filing of the First Amended Complaint (*see* Rule 1, Fed.R.Civ.P.).

WHEREFORE, plaintiff respectfully requests this Court grant its Motion and leave be given to file its First Amended Complaint.

    Respectfully submitted,

*s/ William L. Niro*
William L. Niro
Laura A. Kenneally
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certification which was filed electronically with the Court through the Electronics Case Filing System on April 11, 2008 will be sent electronically to the following registered counsel of record as identified on the Notice of Electronic Filing ("NEF"):

>Johanna Raimond
>LAW OFFICES OF JOHANNA J. RAIMOND, LTD.
>321 S. Plymouth Court – Suite 1515
>Chicago, IL  60604
>Tel:    (312) 235-6959
>jraimond@raimondlaw.com
>
>William Christopher Penwell
>SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.
>100 Washington Ave South – Suite 1300
>Minneapolis, MN 55401
>Tel: (612) 337-6100
>chrispenwell@sbgdf.com
>
>***Attorneys for Defendants***

                              *s/ William L. Niro*