IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Racing Speed Associates, L.L.C. d/b/a ASA Racing, | |
| Plaintiff, | Civil Action No: 07 C 6785 |
| v. | Judge Matthew F. Kennelly<br>Magistrate Judge Schenkier |
| Louis R. Varney, Jr. and ASA Late Model Series, L.L.C., | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, April 17, 2008 at 9:30 a.m., the parties will appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2188, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present plaintiff's **MOTION FOR LEAVE TO A FILE FIRST AMENDED COMPLAINT**, a copy of which is hereby served on you.

Respectfully submitted,

*s/ William L. Niro*
William L. Niro
Laura A. Kenneally
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Certification which was filed electronically with the Court through the Electronics Case Filing System on April 11, 2008 will be sent electronically to the following registered counsel of record as identified on the Notice of Electronic Filing ("NEF"):

>Johanna Raimond
>LAW OFFICES OF JOHANNA J. RAIMOND, LTD.
>321 S. Plymouth Court – Suite 1515
>Chicago, IL  60604
>Tel:     (312) 235-6959
>jraimond@raimondlaw.com
>
>William Christopher Penwell
>SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.
>100 Washington Ave South – Suite 1300
>Minneapolis, MN 55401
>Tel: (612) 337-6100
>chrispenwell@sbgdf.com
>
>*Attorneys for Defendants*

>*s/ William L. Niro*