# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6785 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Racing vs. Varney | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to amend complaint. Motion is granted.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|