## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Racing Speed Associates, L.L.C.
         Plaintiff,

v.              Case No.: 1:07−cv−06785
              Honorable Matthew F. Kennelly

Louis R. Varney Jr., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing date of 5/15/2008 is vacated and reset for 5/23/2008 at 09:00 AM. The parties are reminded that they are directed to complete prior to the status hearing, the preliminary discovery needed to determine whether they can enjoin in meaningful settlement negotiations.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.