## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Racing Speed Associates, L.L.C. d/b/a ASA Racing, <br><br> Plaintiff, <br> v. <br><br> Louis R. Varney, Jr. and <br> ASA Late Model Series, L.L.C., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 07 C 6785 <br><br> Judge Kennelly <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on May 9, 2008, I caused the following documents:

**Answer and Counterclaim to First Amended Complaint**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Laura Anne Kenneally**
  kenneally@nshn.com

- **William Luciano Niro**
  wniro@nshn.com,mecyssne@nshn.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   **none**


Dated:  May 9, 2008                                      s/ Johanna J. Raimond
                                                         Johanna J. Raimond