**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Racing Speed Associates, L.L.C.
                               Plaintiff,

v.                                                        Case No.: 1:07−cv−06785
                                                         Honorable Matthew F. Kennelly

Louis R. Varney Jr., et al.
                               Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(or, )

Dated: May 23, 2008

                                                             /s/ Matthew F. Kennelly

                                                             United States District Judge