# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6785 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Racing Speed Associates vs. Varney, et al. | | |

**DOCKET ENTRY TEXT**

By agreement of the parties, the settlement conference set for 07/18/08 at 1:30 p.m. is RESET to 07/18/08 at 10:00 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | | Courtroom Deputy Initials: | smk |
|---|---|---|---|