

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   Laura Anne Kenneally

FIRM:   NIRO, SCAVONE, HALLER & NIRO

STREET ADDRESS:   181 West Madison Street, Suite 4600

CITY/STATE/ZIP:   Chicago, Illinois 60602

PHONE NUMBER:   312-236-0733

E-MAIL ADDRESS:   kenneally@nshn.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   62889913

If you have previously filed an appearance with this Court using a different name, enter that name:   n/a

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 590 | Black & Decker Inc. and Black & Decker (U.S.) Inc. v. Royal Appliance Mfg. Co., et al. | Judge Manning |
| 07 C 4183 | William James Moore v. P.O. Richard Heger, P.O. Avita Cortez, and the Chicago Police Department | Judge Kennelly |
| 07 C 5081 | Illinois Computer Research, LLC v. Fish & Richardson P.C., et al. | Judge Pallmeyer |
| 08 C 1566 | Hudson Surgical Design, Inc. v. Zimmer Holdings, Inc., et al. | Judge Kendall |
| 07 C 6785 | Racing Speed Associates, L.L.C. d/b/a ASA Racing v. Louis R. Varney, Jr., et al. | Judge Kennelly |
|  |  |  |

_/s/ Laura Kenneally_
Attorney's Signature

June 5, 2008
Date