**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Racing Speed Associates, L.L.C.
                      Plaintiff,

v.                                      Case No.: 1:07−cv−06785
                                                 Honorable Matthew F. Kennelly

Louis R. Varney Jr., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. The matter is continued for a telephone status hearing on 07/24/08 at 12:15 p.m. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.