## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6785 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Racing Speed Assocs. vs. Varney | | |

**DOCKET ENTRY TEXT**

Status hearing of 7/29/08 is vacated and reset to 8/19/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|