**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Racing Speed Associates, L.L.C.
                              Plaintiff,

v.                              Case No.: 1:07−cv−06785
                                Honorable Matthew F. Kennelly

Louis R. Varney Jr., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Telephone status hearing held. The matter is set for a telephone status hearing on 08/18/08 at 8:30 a.m. for a report on progress in reaching a settlement. (mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.