# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Racing Speed Associates, L.L.C.

                Plaintiff,

v.                                            Case No.: 1:07−cv−06785
                                                Honorable Matthew F. Kennelly

Louis R. Varney Jr., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing set for 8/14/2008 at 09:30 AM. Status hearing date of 8/19/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Case 1:07-cv-06785   Document 42   Filed 08/12/2008   Page 1 of 1